FILED
AT 2:30 o'clock P M

AUG 1 9 2015

Cheryl Fulcher

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/20/2015 8:39:19 AM
DEBBIE AUTREY
Clerk

NO. 1424247

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **8TH JUDICIAL DISTRICT** |
| | § | |
| **CHASE HUDSON** | § | **HOPKINS COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Chase Hudson, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Chase Hudson.

Respectfully submitted,

Frank Long Attorney
PO Box 115
319 Main Street
Sulphur Springs, Texas 75483
Tel: (903) 885-7800
Fax: (903) 885-7133
State Bar No. 12519500
flonglaw@gmail.com
Attorney for Chase Hudson

## CERTIFICATE OF SERVICE

This is to certify that on August 19, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, Texas, by hand delivery.

Frank Long